# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| DANIEL BELL, *et al.* | ) |
| | ) |
| Plaintiffs, | ) |
| | ) Civil Action No. 1:18-cv-00744-MJG |
| v. | ) |
| | ) |
| CSX TRANSPORTATION, INC., | ) |
| | ) |
| Defendant. | ) |

## DEFENDANT CSX TRANSPORTATION, INC.'S
## CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1 and Local R. 103.3, Defendant CSX Transportation, Inc. ("CSXT"), by its undersigned counsel, certifies that:

1. CSXT is a wholly-owned subsidiary of CSX Corporation, a publicly traded corporation.

2. Allied World Assurance Company, AG has a potential obligation to indemnify CSXT for liability incurred in this litigation.

1

|  |  |
|---|---|
| Dated: May 22, 2018 |   /s/ *Thomas R. Chiavetta*<br>Donald J. Munro (application for admission forthcoming)<br>Alison B. Marshall (Fed. Bar No. 14046)<br>Thomas R. Chiavetta (Fed. Bar No. 19074)<br>JONES DAY<br>51 Louisiana Ave., N.W.<br>Washington, D.C. 20001-2113<br>Telephone: (202) 879-3939<br>Facsimile: (202) 626-1700<br>abmarshall@jonesday.com<br>dmunro@jonesday.com<br>tchiavetta@jonesday.com<br><br>*Attorneys for Defendant CSX Transportation, Inc.* |

## CERTIFICATE OF SERVICE

      I hereby certify that on May 22, 2018, I electronically filed the foregoing with the Clerk of the Court using the Court's CM/ECF system.  Notice of this filing will be sent by operation of the Court's electronic filing system to the parties indicated on the electronic filing receipt.

                                                          */s/ Thomas R. Chiavetta*