IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

DANIEL BELL, et al.                *

    Plaintiffs                *

vs.                                *       Civil Action No.: JKB-18-0744

CSX TRANSPORTATION, INC.           *

    Defendant                 *

   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**SETTLEMENT ORDER**
**(LOCAL RULE 111)**

This Court has been advised by the parties that the above action has been settled AS TO THE FOLLOWING PLAINTIFFS ONLY, including all counterclaims, cross-claims and third-party claims, if any. Accordingly, pursuant to Local Rule 111 it is ORDERED that:

1. King, Justin
2. Barnett, John
3. Billingsley, Jason
4. Walker, Derick
5. Allen, Michael
6. Anderson, Ricky
7. Davidson, Mitchell
8. Delles, Steven
9. Elliott, Faron
10. Enlow, Kenneth
11. Garrett, Robert
12. Gillum, Barry

13. Lawton, Scott
14. McGee, Dione
15. Peterson, Denver
16. Richardson, Joseph
17. Robbins, Mike
18. Sayed, Moussa
19. Scott, Chris
20. Secrest, Corey
21. Taylor, Nathan
22. Webb, Cleatis
23. Diehl, Kirke
24. Janosz, Richard
25. McShee, Chris
26. Morgan, Matthew
27. Siewert, Jason
28. Wood, Kyle
29. Stover, Ken

The above-listed Plaintiffs are hereby dismissed and each party is to bear its own costs unless otherwise agreed, in which event the costs shall be adjusted between the parties in accordance with their agreement. The entry of this Order is without prejudice to the right of a party to move for good cause within 45 days to reopen this action if settlement is not consummated. If no party moves to reopen, the dismissal shall be with prejudice.

THIS CASE WILL CONTINUE WITH RESPECT TO THE REMAINING PLAINTIFFS.

Date: October 11, 2024.    /S/ JAMES K. BREDAR
James K. Bredar
United States District Judge