# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| ANDREW BROWN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 8:24-cv-02777 |
| ) | |
| v. ) | |
| ) | |
| CSX TRANSPORTATION, INC., ) | |
| ) | |
| Defendant. ) | |

## JOINT MOTION FOR A TRIAL DATE CERTAIN

Plaintiff Andrew Brown ("Brown") and Defendant CSX Transportation, Inc. ("CSX") state as follows:

1. This case is scheduled for the March 2026 Trial Term, which includes the five-week period of March 2, 9, 16, 23, and 30, 2026. (Doc. 196.) A jury will decide whether CSX dismissed Brown in retaliation for taking FMLA leave. The parties anticipate that the trial could take up to five days.

2. Two of CSX's key witnesses – Melissa Wheaton, the Labor Relations Manager who reviewed the investigatory record and recommended discipline in Brown's case, and William Blanchetti, the General Superintendent who decided on Brown's dismissal – no longer work for CSX and neither lives in Tampa. Ms. Wheaton lives in the Orlando area and Mr. Blanchetti lives in Pennsylvania.

3. Plaintiff's witnesses include two experts – both of whom live out-of-state[1] – and possibly Brown's doctor, making it more challenging for them to be available on short notice as the Court expects.

4. In addition to these considerations, counsel and some of their witnesses have various conflicts during the Trial Term, as detailed below:

   a. During the week of March 16, 2026, counsel for Brown is scheduled to be in trial for another case; in-house counsel for CSX is scheduled to be on family vacation; and Ms. Wheaton needs to provide coverage at her job while another employee is on vacation.

   b. During the week of March 23, 2026, counsel for Brown is scheduled to be on family vacation; and William Blanchetti, the former CSX manager who made the dismissal decision at issue, is unavailable Tuesday, March 24 and Thursday, March 26 because of scheduled training.

   c. During the week of March 30, 2026, Mr. Blanchetti is unavailable on Tuesday, March 31 and Thursday, April 2 because of scheduled training.

---

[1] Plaintiff's liability expert, Beth De Lima, lives in California, and Plaintiff's damages expert, Jeffrey Opp, lives in Colorado. CSX has moved to exclude Ms. De Lima's testimony but the Court has not yet ruled on that Motion.

2

5.	Accordingly, the parties respectfully request that the Court set trial in the above-captioned matter for the week of March 9, 2026, or, alternatively, a date certain in April.

| | |
|---|---|
| Dated: February 20, 2026 | Respectfully submitted, |

| | |
|---|---|
| */s/ Nicholas D. Thompson (with permission)* | */s/ Thomas R. Chiavetta* |
| Nicholas D. Thompson<br>CASEY JONES LAW FIRM<br>323 N. Washington Ave., Suite 200<br>Minneapolis, MN 55401<br>(757) 477-0991<br>nthompson@caseyjones.law<br>*Admitted Pro Hac Vice* | Thomas R. Chiavetta<br>JONES DAY<br>51 Louisiana Ave., N.W.<br>Washington, DC 20001<br>(202) 879-3975<br>tchiavetta@jonesday.com<br>*Admitted Pro Hac Vice* |
| *Counsel for Plaintiff* | *Counsel for Defendant* |

**CERTIFICATE OF SERVICE**

I hereby certify that, on February 20, 2026, a true and correct copy of the foregoing document was filed using the Court's CM/ECF system, which will serve all counsel of record.

/s/ Thomas R. Chiavetta